JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MOORE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, Warden, California State Prison at San Quentin,<br><br>　　　　　Respondent, | ) CASE NO. CV 13-06445 MMM<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On September 9, 2013, the court entered an order dismissing the petition in this action for lack of subject matter jurisdiction.  Accordingly,

IT IS ORDERED AND ADJUDGED that the action be dismissed without prejudice.

DATED: September 9, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE